**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                          **Case No. 6:20-cr-50-Orl-40DCI**

**GEORGE POULO,**

    **Defendant.**

_____/

**WAIVER OF DEFENDANT'S PRESENCE AT**
**ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA**

George Poulo, through his undersigned counsel, hereby waives his right to be present at arraignment and enters a plea of not guilty.[1]  Undersigned counsel certifies that he has read and reviewed the Superseding Indictment (Doc. 28) with Mr. Poulo by telephone.  Mr. Poulo has authorized undersigned counsel to represent that Mr. Poulo understands and consents, knowingly and voluntarily, to waiving his presence at arraignment.  Further, undersigned counsel certifies that he has read and reviewed this waiver of presence at arraignment with Mr. Poulo.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea* with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to Shawn Napier, Assistant United States Attorney, this 19th day of June, 2020.

---

[1] *See* Fed. R. Crim. P. 10(b) & (c); *see also* Administrative Orders: Case No. 8:20-mc-25 at Doc. 1 and 6:20-mc-17 at Doc. 1.

UNITED STATES OF AMERICA V. GEORGE POULO
6:20-cr-50-Orl-40DCI
Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea

        Respectfully submitted,

        JAMES T. SKUTHAN
        ACTING FEDERAL DEFENDER

        */s/Joshua R. Lukman*
        Joshua R. Lukman
        Assistant Federal Defender
        Florida Bar Number 0088213
        201 South Orange Avenue, Suite 300
        Orlando, Florida 32801
        Telephone: 407-648-6338
        Fax: 407-648-6765
        E-Mail: joshua_lukman@fd.org

**CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY**

I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea and direct that the plea of not guilty be received for filing.

Date:_____        _____
                                                                         EMBRY J. KIDD
                                                                 UNITED STATES MAGISTRATE JUDGE